# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

TERRY L. CARVER, et al.,

          Plaintiffs,

v.                                                CIVIL ACTION NO.  5:09-cv-01229

METROCITIES MORTGAGE CORP LLC, et al.,

          Defendants.

## MEMORANDUM OPINION & ORDER

On March 16, 2010, this court issued a Memorandum Opinion and Order [Docket 22] granting Aurora Loan Services, LLC's ("Aurora") Motion to Dismiss.  In that Order, I noted that the defendants have not been served process in this action, and that while Aurora had waived failure of service by "appearing generally without first challenging the defect," *Jackson v. Hayakawa*, 682 F.2d 1344, 1347 (9th Cir. 1982), the other defendants have not appeared.  Federal Rule of Civil Procedure 4(m) states that

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

This court ordered the plaintiff to serve process on the remaining defendants, Metrocities Mortgage Corporation LLC and Finance West Mortgages Inc., or show good cause why such service could not be effected, within thirty days of the March 16, 2010 Memorandum Opinion and Order.

The plaintiff has neither served process nor shown good cause for its failure to do so. The fifth cause of action, against Metrocities Corporation LLC and Finance West Mortgages Inc., is thereby **DISMISSED** without prejudice.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     April 20, 2010

*[Signature]*
Joseph R. Goodwin, Chief Judge