IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

TERRY L. CARVER, et al.,

          Plaintiffs,

v.                                    CIVIL ACTION NO.  5:09-cv-01229

METROCITIES MORTGAGE CORP LLC, et al.,

          Defendants.

**JUDGMENT ORDER**

In accordance with the previous Memorandum Opinions and Orders dismissing the plaintiffs' first four causes of action with prejudice and fifth cause of action without prejudice, the Court **ORDERS** that judgment be entered in favor of the defendants and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                        ENTER:      April 20, 2010

                                        Joseph R. Goodwin, Chief Judge